# In the United States Court of Federal Claims

No. 06-193C

(Filed: April 6, 2007)

******************************************* *
*
REV. FR. PRISCO E. ENTINES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

ORDER

The Court designated this case as an ECF case on February 13, 2007. As a consequence of that designation, it became necessary for counsel to file all motions pertaining to this case individually under the docket number assigned to this case. The Court notes that Defendant's Motion for a More Definite Statement, and Plaintiff's Response thereto, do not appear on the docket for this case. Counsel are requested to file those documents in this case, whereupon the Court will deem the pleadings filed on February 23, 2007 and March 9, 2007, respectively. The parties are instructed to follow this practice in the future, *i.e.,* to file their pleadings in each of the individual related cases, even where the content of the pleadings in the cases is identical.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge