**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| JUSTINA CORCELLES HERNANDEZ,<br>REV. FR. PRISCO E. ENTINES,<br>FRANCISCO GUTIEREZ FERRER,<br>JULIETA TABOADA ABELLA,<br>MARIA LAPAY LAURENCIANO, and<br>WENCESLAO N. RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-191C<br>No. 06-193C<br>No. 06-205C<br>No. 06-434C<br>No. 06-442C<br>No. 06-449C<br><br>(Judge Wheeler) |

**DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO**
**DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT**

On February 23, 2007, we moved pursuant to Rule 12(e) of the Rules of the United States Court of Federal Claims ("RCFC") that the Court order plaintiffs in the above captioned cases to provide a more definite statement of their claims. On March 9, 2007, plaintiffs responded to our motion. For the reasons set forth below, as well as in our opening brief, the motion should be granted.

The basis for our motion is that plaintiffs' pro se complaints, as pled, are so vague, ambiguous, imprecise, and lacking in brevity, that they skirt both the letter and the spirit of the Court's rules governing proper pleading. This in turn deprives the Government of its ability to reasonably discern or respond to virtually any of the allegations in the complaints, and places the Government in the impossible position of having to