# In the United States Court of Federal Claims

No. 06-193C

(Filed: April 27, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| REV. FR. PRISCO E. ENTINES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

The Court understands that on February 23, 2007, counsel for Defendant intended to file a Motion for More Definite Statement in this case. However, as a consequence of the Court's February 13, 2007 designation of this case and five related cases as electronic cases, it became necessary as of that date for counsel to file individually each motion in each case.

On April 6, 2007, the Court issued a Docket Correction Order explaining the consequences of the ECF designation order, and requesting that Defendant file its Motion for More Definite Statement in this case. As of April 27, 2007, Defendant has not complied with the Court's order.

Accordingly, Defendant's Motion for More Definite Statement is DENIED. Counsel for Defendant is directed to comply with the Court's April 6, 2007 Order, and to observe the procedures outlined therein for future proceedings in this matter. Defendant's Answer is due on or before May 11, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge