**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JUSTINA CORCELLES HERNANDEZ,<br>REV. FR. PRISCO E. ENTINES,<br>FRANCISCO GUTIEREZ FERRER,<br>JULIETA TABOADA ABELLA,<br>MARIA LAPAY LAURENCIANO, and<br>WENCESLAO N. RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-191C<br>No. 06-193C<br>No. 06-205C<br>No. 06-434C<br>No. 06-442C<br>No. 06-449C |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 21 days, to and including June 1, 2007, within which to file its response to the above-referenced complaints. The response is currently due on May 11, 2007. Counsel for defendant conferred with plaintiff's counsel, Richard Arnholt, on May 10, 2007, and was advised by Mr. Arnholt that plaintiffs do not oppose the motion.

The six complaints allege claims against the United States Department of Veterans Affairs ("VA"), and the United States Army ("Army"). Although the complaints are similar in nature, they are not identical. As a result, and the nature and subject matter of the complaints, which were filed pro se, concerning claims dating back potentially 60 years, will necessitate additional time by defendant to accurately and completely sort through all of the alleged claims.

For these reasons, we respectfully request the Court grant this motion for an enlargement of time to extend the Government's deadline for filing its response until June 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Kenneth S. Kessler
KENNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0313
Fax: (202) 307-0313

May 10, 2007

Attorneys for Defendant