**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JUSTINA CORCELLES HERNANDEZ,<br>REV. FR. PRISCO E. ENTINES,<br>FRANCISCO GUTIEREZ FERRER,<br>JULIETA TABOADA ABELLA,<br>MARIA LAPAY LAURENCIANO, and<br>WENCESLAO N. RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-191C<br>No. 06-193C<br>No. 06-205C<br>No. 06-434C<br>No. 06-442C<br>No. 06-449C |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant respectfully requests the Court to grant an enlargement of time of 13 days, to and including June 14, 2007, within which to file its response to the above-referenced complaints. The response is currently due on June 1, 2007. This is our second request for an enlargement of time, the Court having previously granted a 21-day enlargement of time for this purpose. On May 31, 2007, plaintiff's counsel, Richard Arnholt, advised counsel for defendant that plaintiffs do not oppose the motion.

The six complaints allege claims against the United States Department of Veterans Affairs ("VA"), and the United States Army ("Army"). The nature and subject matter of the complaints, which were filed pro se, and concern facts and potential claims from the past 60 years ago, has resulted in the need for more time to fully respond to the complaint. Although a draft response has been prepared, defendant's counsel was advised on May 31, 2007 by counsel for one of the affected agencies that the agency needs additional time to review the draft and

provide its input to defendant's counsel. The requested enlargement of time should provide sufficient time for the Government to complete the necessary inter- and intra-agency review prior to filing the response with this Court.

For these reasons, we respectfully request the Court grant this motion for an enlargement of time to extend the Government's deadline for filing its response until June 14, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Kenneth S. Kessler
KENNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Department of Justice
Tel: (202) 307-0313
Fax: (202) 307-0313

June 1, 2007

Attorneys for Defendant