**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **REV. FR. PRISCO E. ENTINES, JUSTINA CORCELLES HERNANDEZ, FRANCISCO GUTIEREZ FERRER, JULIETA TABOADA ABELLA, MARIA LAPAY LAURENCIANO, and WENCESLAO N. RODRIGUEZ,** | **Nos. 06-193C, 06-191C, 06-205C, 06-434C, 06-442C, 06-449C** |
| **Plaintiffs,** | **Judge Wheeler** |
| **v.** | |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFFS' UNOPPOSED MOTION, OUT OF TIME, FOR AN**
**<u>ENLARGEMENT OF TIME TO RESPOND TO THE MOTION TO DISMISS</u>**

Plaintiffs respectfully request the Court's leave to file, out of time, this request for an enlargement of time. On June 14, 2007, the United States filed a motion to dismiss the complaints in the six above-captioned cases. On July 31, 2007, Plaintiffs' counsel filed a motion to withdraw, citing "fundamental and irreconcilable disagreements" regarding the response to the motion to dismiss. Plaintiffs' response to the government's motion to dismiss was due on August 15, 2007.

Plaintiffs respectfully request an extension of time pending the Court's resolution of the motion to withdraw. Further, should that motion be granted, Plaintiffs will require additional time to prepare their responses to the government's motion to dismiss.

On August 16, 2007, counsel for the Department of Justice, Kenneth Kessler, advised the undersigned that the government does not oppose the motion.

Respectfully submitted,

/s/ Richard W. Arnholt _

Richard W. Arnholt
JENNER & BLOCK LLP
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 639-6025
Fax: (202) 661-4829

*Counsel of Record for Plaintiffs*

Dated: August 16, 2007

Of Counsel:
David A. Churchill
JENNER & BLOCK LLP