# In the United States Court of Federal Claims

**06-193C**

**Filed: September 13, 2007**

**REV. FR. PROSCO ESPERANZATE ENTINES**

**v.**

**THE UNITED STATES**

**Letter dated August 29, 2007**
**from plaintiff**
**[filed by leave of the Judge]**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.