# In the United States Court of Federal Claims

**06-193C**

**Filed: October 11, 2007**

**REV. FR. PRISCO E. ENTINES**

**v.**

**THE UNITED STATES**

**Order granting Plaintiff's October 11, 2007
Motion for enlargement of time to respond to the
Motion to Dismiss**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.